FILED

08 APR 15 PM 4:10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 1187 BEN |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| | ) | and (b) - Attempted Entry After |
| AGUSTIN RAMIREZ-URIBE, | ) | Deportation |
| | ) | |
| Defendant. | ) | |
| | ) | |

The grand jury charges:

On or about April 2, 2008, within the Southern District of California, defendant AGUSTIN RAMIREZ-URIBE, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

WMC:nlv:San Diego
4/14/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant AGUSTIN RAMIREZ-URIBE was removed from the United States subsequent to June 24, 1996.

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney