1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5
Attorneys for Mr. Ramirez
6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,           )   CASE NO. 08CR1187-BEN
                                       )
12                    Plaintiff,       )   DATE: June 2, 2008
                                       )   TIME: 2:00 p.m.
13 v.                                  )
                                       )   NOTICE OF MOTIONS AND MOTIONS
14 AGUSTIN RAMIREZ-URIBE,              )   TO:
                                       )
15                    Defendant.       )   (1) PRESERVE EVIDENCE AND
                                       )       COMPEL PRODUCTION OF
16                                     )       DISCOVERY; AND
                                       )   (2) GRANT LEAVE TO FILE
17 _____     )       FURTHER MOTIONS.

18

19 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
       STEVEN DESALVO, ASSISTANT UNITED STATES ATTORNEY:
20

21       PLEASE TAKE NOTICE that on June 2, 2008 at 2:00 p.m., Agustin Ramirez-Uribe, by and

22 through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter

23 an order granting the following motions:

24       (1) compelling discovery and preservation of evidence; and

25       (2) granting leave to file further motions.

26 //

27 //

28 //

1    These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 22, 2008            */s/ Shaffy Moeel*
                               **SHAFFY MOEEL**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Ramirez